IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCISCO MICHAEL MOFFA,** | : | |
| Plaintiff | : | No. 1:22-cv-00565 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JANET YELLEN, et al.,** | : | (Magistrate Judge Bloom) |
| Defendants | : | |

## ORDER

Before the Court in the above-captioned action is Magistrate Judge Bloom's November 13, 2023 Report and Recommendation (Doc. No. 17) recommending that the Court dismiss pro se Plaintiff Francisco Michael Moffa ("Plaintiff")'s action for failure to respond to court orders or further prosecute his case pursuant to Federal Rule of Civil Procedure 41(b). No objections to the Report and Recommendation have been filed. Because the time for filing objections has passed, the Report and Recommendation is ripe for disposition.

**ACCORDINGLY**, on this 1st day of December 2023, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** Magistrate Judge Bloom's November 13, 2023 Report and Recommendation (Doc. No. 17);

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b); and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania